IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN M. FOSTER, | : |
| **Plaintiff,** | : |
| VS. | : NO. 5:23-cv-143-TES |
| T.C. WARD, *et al.*, | : |
| **Defendants.** | : |

## ORDER

Plaintiff has filed a "Request for Case Documents" (Doc 85), in which he contends that he did not receive a reply brief filed by Defendants Jackson and Ward in support of their motion for summary judgment. To the extent that Plaintiff seeks a copy of the reply, which was filed with the Court on July 8, 2024, the motion is **GRANTED**, and the Clerk of Court is **DIRECTED** to mail Plaintiff a copy of Defendants' reply brief (Doc. 78), without charge to Plaintiff.

To the extent that Plaintiff requests the Court to order Defendants to file a complaint against the United States Post Office in Augusta, Georgia, or to send a Plaintiff a complaint form, his request is **DENIED**. Such matters are outside the scope of the Court's jurisdiction in this case.

**SO ORDERED**, this 26th day of August, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge